S93Y0366. IN THE MATTER OF JOHN E. WEBSTER.
(428 SE2d 349)

PER CURIAM.

The State Bar of Georgia charged Respondent with violating Standards 4, 21, 22, 23, 28, 44, 45, 61, 63, 65, and 68 of Bar Rule 4-102. The Bar filed a Notice of Discipline against Respondent pursuant to Bar Rule 4-208.1. While the Bar was not able to personally serve the Respondent with the Notice of Discipline, service was accomplished by the methods provided for in Bar Rule 4-208.2.

The Respondent having failed to respond to the Notice of Discipline within 20 days, that Notice is a final order pursuant to Bar Rules 4-208.1 and 4-208.3. Accordingly, it is hereby ordered that John E. Webster is disbarred from the practice of law in the State of Georgia.

*All the Justices concur, except Benham, J., who dissents.*

DECIDED APRIL 12, 1993.

*William P. Smith III, General Counsel State Bar, E. Duane Cooper, Assistant General Counsel State Bar,* for State Bar of Georgia.